# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

February 8, 2011

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

FILED
FEB 17 2011
MICHAEL E. KUNZ, Clerk
By:_____ Dep. Clerk

J. Michael McMahon, Clerk
USDC Southern District of New York
500 Pearl Street
U.S. Courthouse
New York, NY 10007

RE:  Purdue Pharma et al v Varam Inc. et al
     C.A. 10-4028

Dear Clerk:

We herewith enclose document #27 which was a sealed document filed in our Court. The case was transferred to your Court on 2/4/11.

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Mrs. Norman, Deputy Clerk

cc:

Received above material this 15th day of February 2011.

Signature: Shante Jones
Date: 2/15/11

civ625.frm (revised June 2007)